```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT HUNTINGTON
```

**BRYAN HUBBARD,**

    **Plaintiff,**

**v.**                                    **CASE NO. 3:10-CV-01132**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Eifert submitted to the court her Proposed Findings and Recommendation ("PF&R") on July 29, 2011, in which she recommended that the district court reverse the final decision of the Commissioner and remand the case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Magistrate Judge Eifert further recommended that the court dismiss this case from its docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Eifert's PF&R. The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

1

The parties failed to file any objections to the Magistrate Judge's PF&R within the seventeen-day period.  Having reviewed the PF&R filed by Magistrate Judge Eifert, the court adopts the findings and recommendation contained therein.

Accordingly, the court hereby (1) **CONFIRMS** and **ACCEPTS** Magistrate Judge Eifert's factual and legal analysis, (2) **REVERSES** the final decision of the Commissioner, (3) **REMANDS** the case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and (4) **DIRECTS** the Clerk to remove this matter from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to all counsel of record.

It is **SO ORDERED** this 17th day of August, 2011.

                          **ENTER:**

                          */s/ David A. Faber*
                          David A. Faber
                          Senior United States District Judge